R. C. POWELL v. CAMP MANUFACTURING COMPANY; C. B. PAGE v. CAMP MANUFACTURING COMPANY.

(Filed 22 March, 1922.)

APPEAL by defendant from *Devin, J.*, at August Term, 1921, of DUPLIN, in an action to recover damages for an alleged negligent burning of plaintiffs' timber.

From an adverse verdict and judgment, the defendant appealed, assigning errors.

*George R. Ward and Ward & Ward for plaintiff.*
*Stevens, Beasley & Stevens for defendant.*

PER CURIAM. This case was before us at the Fall Term, 1920, and is reported in 180 N. C., 330. The facts were set out fully by *Walker, J.*, in delivering the opinion on the former appeal, and need not be repeated here. From a perusal of the record it appears that the case has been tried in substantial conformity with the law, as heretofore declared, and the present judgment must be affirmed.

No. 223, *Powell v. Mfg. Co.*, being an action for damages arising out of the same fire and caused by the same engine, for like reason must be affirmed. See, also, *Williams v. Camp Mfg. Co.*, 177 N. C., 512.

In both cases we find

No error.